198 U. S. 173; *Clark* v. *Roller*, 199 U. S. 541, 544.  *Mr. Myron A. Folsom* for plaintiff in error.  *Mr. J. H. Forney* for defendants in error.

---

No. 360. W. W. ROSE, PLAINTIFF IN ERROR, *v.* THE STATE OF KANSAS ON THE RELATION OF C. C. COLEMAN, ATTORNEY GENERAL.  In error to the Supreme Court of the State of Kansas.  Motions to dismiss or affirm submitted October 15, 1906.  Decided October 22, 1906.  *Per Curiam.*  Dismissed for the want of jurisdiction.  *Smiley* v. *Kansas*, 196 U. S. 447; *Nonconnah Turnpike Company* v. *Tennessee*, 131 U. S. App. Cl. VIII; *Newport Light Company* v. *Newport*, 151 U. S. 527; *Harrison* v. *Morton*, 171 U. S. 38.  *Mr. Frederic D. McKenney* for plaintiff in error.  *Mr. C. C. Coleman* for defendant in error.

---

No. 208. FERDINAND EIDMAN, COLLECTOR, ETC., PETITIONER, *v.* FREDERICK B. TILGHMAN ET AL., EXECUTORS, ETC.  On writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit.  Argued October 15, 1906.  Decided October 29, 1906.  *Per Curiam.*  Judgment affirmed with costs by a divided court and cause remanded to the Circuit Court of the United States for the Southern District of New York.  *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Robb* for petitioner.  *Mr. Edward B. Whitney* for respondents.

---

No. 6. THOMAS F. WILSON (ON BEHALF OF THE TERRITORY OF ARIZONA), APPELLANT, *v.* N. O. MURPHY ET AL.  Appeal from the Supreme Court of the Territory of Arizona.  Submitted October 11, 1906.  Decided October 29, 1906.  *Per*

*Curiam.* Decree affirmed with costs. *Mr. Eugene S. Ives* for appellant. *Mr. C. F. Ainsworth* for appellees.

---

No. 7. THOMAS F. WILSON (ON BEHALF OF THE TERRITORY OF ARIZONA), APPELLANT, *v.* GEORGE W. VICKERS ET AL. Appeal from the Supreme Court of the Territory of Arizona. Submitted October 11, 1906. Decided October 29, 1906. *Per Curiam.* Decree affirmed with costs. *Mr. Eugene S. Ives* for appellant. *Mr. C. F. Ainsworth* for appellees.

---

No. 241. HAIGHT & FREESE COMPANY ET AL., PLAINTIFFS IN ERROR, *v.* BEVERLY R. ROBINSON, RECEIVER, ETC. In error to the Circuit Court of the United States for the Southern District of New York. Motion to dismiss submitted October 22, 1906. Decided October 29, 1906. *Per Curiam.* Dismissed for the want of jurisdiction. *Alexander* v. *United States,* 201 U. S. 117, 122; *Nelson* v. *United States,* 201 U. S. 92; *Hardee* v. *Wilson,* 146 U. S. 179; *Masterson* v. *Herndon,* 10 Wall. 416; *Beardsley* v. *Railway Company,* 158 U. S. 123. *Mr. Albert I. Sire* for plaintiffs in error. *Mr. Roger Foster* for defendant in error.

---

No. 62. FREDERICK H. VOGT, APPELLANT, *v.* MATILDA S. VOGT, BY HER GUARDIAN AD LITEM, PAULINE VOGT. Appeal from the Court of Appeals of the District of Columbia. Argued for appellant October 25 and 26, 1906. The court declined to hear further argument. Decided October 29, 1906. *Per Curiam.* Dismissed for the want of jurisdiction. *Schlosser* v. *Hemphill,* 198 U. S. 173; *California Consolidated Mining Company* v. *Manley, ante,* p. 579, and cases cited. *Mr. John*